WRIGHT E. HARRIS, SR., Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted March 8, 1948; decided April 22, 1948.

*Wright E. Harris, Sr.,* in person, for motion.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that no appeal lies to this court.